EFiled: Nov 09 2022 12:19PM EST
Filing ID 68366916
Case Number 152,2022

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LONG DENG AND MARK FANG, | § | |
| | § | No. 152, 2022 |
| Defendants/Counterclaim and | § | |
| Third Party Claim Plaintiffs | § | |
| Below, Appellants, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| DENGRONG ZHOU, | § | |
| | § | C.A. No. 2021-0026 |
| Plaintiff/Counterclaim | § | |
| Defendant Below, Appellee. | § | |

Submitted: October 26, 2022
Decided: November 9, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

### <u>ORDER</u>

This 9th day of November 2022, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion dated April 6, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice